UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | Hon. Robert L. Carter |
| | : | 95-CR-1062-3 (RLC) |
| v. | : | |
| | : | ORDER |
| DAVID KIRKLAND | : | |
| a/k/a "Keith," | : | |

The Court having reviewed the letter submitted by the Acting United States Attorney for the District of New Jersey (AUSA David E. Malagold) on February 5, 2009, and good cause having been shown, it is, on this ___ day of February, 2009 ORDERED that:

(1) The United States Probation Office is hereby authorized to disclose the contents of its files in the above-captioned case to the U.S. Attorney's Office for the District of New Jersey, except that medical or psychological information, if any, shall not be disclosed and shall remain confidential; and

(2) This disclosure is limited to the trial in <u>United States v. David Kirkland</u>, District of New Jersey Criminal Number 2006-911 (KSH), to include discovery to counsel for David Kirkland, and there shall be no further disclosure absent further order of the Court.

So ordered,
2/18/09

_____
HON. ROBERT L. CARTER
United States District Judge

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 2/18/09